IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GRAZIANO LED IP, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-1071-JRG |
| THE HOME DEPOT, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal filed by Plaintiff Graziano LED IP, LLC. (Dkt. No. 20). In the Notice, Plaintiff dismisses the above-captioned case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id*. at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DISMISSED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 2nd day of April, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE